UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCUS M. MOORE,

           Petitioner,

v.

ROB JACKSON,

           Respondent.

Case No. 3:25-cv-05542-JHC-TLF

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. # 10, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation to which there was no objection.

(2) Petitioner's habeas corpus petition pursuant to 28 U.S.C. 2254 is DISMISSED without prejudice.

(3) The Clerk is instructed to send a copy of this Order to petitioner.

//

//

ORDER - 1

Dated this 17th day of November, 2025.

*John H. Chun*
_____
John H. Chun
United States District Judge

ORDER - 2